IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Pope, Anthony M | Case Number: 08 B 02615 |
| | Judge: Wedoff, Eugene R |
| Printed: 2/12/08 | Filed: 2/6/08 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Ch 7 Conversion: February 8, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 0.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 0.00 |
| Other Funds: |  | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Wilshire Credit Corp | Secured | 14,400.00 | 0.00 |
| 2. | Cook County Treasurer | Secured | | No Claim Filed |
| 3. | Internal Revenue Service | Priority | | No Claim Filed |
| 4. | Accredited Home Lenders | Unsecured | | No Claim Filed |
| 5. | Americredit Financial Ser Inc | Unsecured | | No Claim Filed |
| 6. | American Express | Unsecured | | No Claim Filed |
| 7. | Citibank | Unsecured | | No Claim Filed |
| 8. | CIT Group/Consumer Finance Inc | Unsecured | | No Claim Filed |
| 9. | Palisades Collection LLC | Unsecured | | No Claim Filed |
| 10. | Credit Protection Association | Unsecured | | No Claim Filed |
| 11. | Columbus Bank & Trust | Unsecured | | No Claim Filed |
| 12. | Edfinancial Services | Unsecured | | No Claim Filed |
| 13. | Edfinancial Services | Unsecured | | No Claim Filed |
| 14. | Ed South | Unsecured | | No Claim Filed |
| 15. | DeVry Institute of Technology | Unsecured | | No Claim Filed |
| 16. | Credit Protection Association | Unsecured | | No Claim Filed |
| 17. | Jvdb Asc | Unsecured | | No Claim Filed |
| 18. | HSBC Auto Finance | Unsecured | | No Claim Filed |
| 19. | Household | Unsecured | | No Claim Filed |
| 20. | United States Dept Of Education | Unsecured | | No Claim Filed |
| 21. | NCO Financial Systems | Unsecured | | No Claim Filed |
| 22. | Fairlane Credit L.L.C. | Unsecured | | No Claim Filed |
| 23. | Accredited Home Lenders | Unsecured | | No Claim Filed |
| 24. | Wilshire Credit Corp | Unsecured | | No Claim Filed |
| 25. | Nicor Gas | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: Pope, Anthony M | Case Number: 08 B 02615 |
|---|---|
| | Judge: Wedoff, Eugene R |
| Printed: 2/12/08 | Filed: 2/6/08 |

| | | | |
|---|---|---|---|
| 26. Ford Motor Credit Corporation | Unsecured | | No Claim Filed |
| 27. Oxford Collection Service | Unsecured | | No Claim Filed |
| 28. Select Portfolio Servicing | Unsecured | | No Claim Filed |
| | | _____ | _____ |
| | | $ 14,400.00 | $ 0.00 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| | _____ |
| | $ 0.00 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_____